# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** |
| | : | |
| v. | : | |
| | : | |
| **CORBIN OLIVER GRAY** | : | **VIOLATIONS:** |
| | : | |
| Defendant. | : | **18 U.S.C. § 844(e)** |
| | : | **(Threats in or affecting Interstate** |
| | : | **Commerce)** |
| | : | |
| | : | **22 D.C. § 1810** |
| | : | **(Threatening to Kidnap or Injure a Person** |
| | : | **or Damage His Property** |
| | : | |
| | : | **18 U.S.C. § 875(c)** |
| | : | **(Threats in Interstate Communications)** |
| | : | |

## INFORMATION

## COUNT ONE

Between on or about November 7, 2022, and on or about November 25, 2022, within the District of Columbia and elsewhere, the Defendant **CORBIN OLIVER GRAY**, did through the use of the internet, an instrument of interstate and foreign commerce, and in and affecting interstate and foreign commerce, willfully threatened to damage and destroy a building, *to wit*, the Autism Speaks Inc. building located in the District of Columbia, by means of fire.

(**Threats in or affecting interstate commerce to kill, injure, or intimidate an individual or to damage or destroy property by means of fire**, in violation of Title 18, United States Code, Section 844(e)).

## COUNT TWO

Between on or about November 7, 2022, and on or about November 25, 2022, within the

District of Columbia, the Defendant **CORBIN OLIVER GRAY**, did threaten to injure Board Certified Behavior Analysts and the leadership of Autism Speaks, and to damage the property of Autism Speaks located in the District of Columbia.

> (**Threatening to kidnap or injure a person or damage his property**, in violation of Title 22, D.C. Code, Section 1810).

## COUNT THREE

Between on or about November 15, 2022, and on or about March 4, 2023, within the District of Columbia and elsewhere, the Defendant **CORBIN OLIVER GRAY**, willfully and knowingly did transmit in interstate and foreign commerce from Washington, D.C. and elsewhere, communications in the form of an internet social media post and posted flyers, and the communications contained threats to injure the person of another, *to wit*, the defendant threatened to execute all Board Certified Behavior Analysts and the leadership of Autism Speaks, with the knowledge that the communications would be viewed as a threat and intending that the communications be viewed as a threat.

> (**Threats in Interstate Communications**, in violation of Title 18, United States Code, Section 875(c)).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: _____
JACK KORBA, D.C. Bar No. 1010303
Assistant United States Attorney
National Security Section

601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7246
John.Korba@usdoj.gov

3