

**Sara Boyd, Ph.D., ABPP.** Licensed Clinical Psychologist

**ph:** 571.317.0979 | **fax:** 844.598.6534

October 25, 2023

Mary Petras, Esq.
Office of the Federal Public Defender for the District of Columbia
625 Indiana Avenue NW
Washington, DC 20004

      Re:          *United States v. Corbin Gray*
      DOB       *January 11, 2003 (20 years old)*

Attorney Petras,

At your request, I have completed a psychological evaluation of your client, Corbin Gray. This letter provides a report of my evaluation procedures and findings, specifically with regard to Mx.[1] Gray's current diagnoses/clinical presentation, with associated treatment needs and recommendations based on his clinical presentation and treatment history. I have specifically addressed the factors identified in D.C. Code § 24-903(c)(2) that are related to psychological factors and psychological science considerations, but I have not offered comment on any factors that fall outside psychological science. For example, whether or not Mx. Gray should be sentenced under the Youth Rehabilitation Act is a legal question, so I have not developed or offered any opinions about this ultimate issue.

---

SOURCES OF INFORMATION

I met with Mx. Gray at the office of the Federal Public Defenders in Washington, DC, for about two hours. I conducted telephone interviews of Mx. Gray's parents, Milton Gray and Melissa Bertelsen, on September 28, 2023, and October 6, 2023, respectively. The interview with Mr. Gray required about 30 minutes, and the interview with Ms. Bertelsen required about one hour.

---

[1] Mx. is a gender-neutral prefix that is an alternative to Mr. Ms., or Mrs. Mx. Gray indicated that they preferred gender neutral language for terms of address.

P.O. Box 530, Warrenton, Virginia 20188

Mx. Gray's mother completed the observer rating form of the Social Responsivity Scale, Second Edition (see the *Psychological Assessment* section of this report for more information).

In addition to interviews, I reviewed copies of the following records in the preparation of this report:

1. Records from Arundel Lodge Behavioral Health (16 pages).
2. Records from Howard County University Hospital (575 pages).
3. Individualized Education Program Meeting report for January 5, 2011 (3 pages).
4. Comprehensive Evaluation Review dated February 23, 2011 (5 pages).
5. Teacher report dated August 27, 2019 (2 pages).
6. Individualized Education Plan annual goals progress report dated November 6, 2019 (2 pages).
7. Section 504 Progress report dated November 18, 2020 (10 pages).

---

## RESPONSE TO INFORMED CONSENT PROCESS

Before commencing any formal evaluation procedures, I provided Mx. Gray with a summary of the evaluation purpose and process, including my role, their rights, evaluation procedures, limits of confidentiality, and likely uses of information gathered during the evaluation. They were highly distractible while I was providing education on these topics, and it was ultimately unclear if they fully comprehended the purpose of evaluation, but they agreed to proceed after asking a few questions. Some of the questions were relevant but some were unrelated to the purpose of evaluation.

---

## BACKGROUND

Mx. Gray was the first child born to their parents, and was delivered via emergency cesarean section, according to their parents. Mx. Gray "stopped breathing and responding for about a minute during the birth," according to Milton Gray. Early developmental problems and some unusual behaviors were present, and as a result Mx. Gray was referred for evaluation around age three. Initial assessments and intervention were focused on expressive and receptive language delays, and Mx. Gray was classified as having developmental delays. In December of 2006, according to records, Mx. Gray was assessed at Walter Reed Army Medical Center and subsequently diagnosed with Autistic Disorder.

Childhood history reportedly did not include exposure to abuse or neglect, according to records and Mx. Gray's report. The records from Mx. Gray's hospitalization noted a history of possibly having been physically struck by an adult sometime after Mx. Gray turned 18 years old.

Childhood, adolescent, and educational history showed signs and symptoms that were all highly consistent with Autism Spectrum Disorder, including language problems, some motor issues, uneven cognitive profile, elopement[2] behaviors, and sensory sensitivities. Mr. Gray, Mx. Gray's father, recalled,

> [Mx. Gray] would line things up, stack things. If you left DVDs around, there would be a line of DVDs on the floor. [Mx. Gray] was also walking on his[3] toes. The other thing was that, he didn't have the same sort of proximity, what I am trying to say is that most kids come back to their parents, like within 20 or 30 feet, to see if the parent if following. I did an experiment once. Took [Mx. Gray] to a large sports complex. I just let him go, and he took off, didn't look back. He was a speck on the horizon by the time I tracked him down.

Mixed with the challenges were strengths, particularly with respect to mathematics aptitude, by Mx. Gray's father's account. Melissa Bertelson, Mx. Gray's mother, made similar observations of a mix of strengths and challenges:

> [Mx. Gray] was not potty trained until four or five years old. Pretty much never slept through the night until, well, he learned to stay in his bed. He also had elopement, he'd leave without telling anyone. He started talking, with things that kind of made sense, probably around eight or nine [years old]. Always very rote, always things that he wanted to talk about. [Mx. Gray] was clearly very bright. He learned faster than anyone.

Although Mx. Gray reportedly had strengths in terms of particular types of reasoning, they showed significant rigidity of thought and behavior, and severe difficulty with taking others' perspectives:

> [Mx. Gray was] always very concerned about not having friends, and I think that made him try even harder to be smart. [Mx. Gray] has a very black and white view, even when you talk to him about his actions or his feelings. We would go to a—even in his teen years—we would go to a play for one of his younger siblings. He'd go to the back of the

---

[2] Elopement in this case is a term of art referring to impulsive physical fleeing of a situation. Elopement behaviors often occur in individuals with Autism Spectrum Disorders, particularly during childhood.

[3] Mr. Gray used masculine pronouns when referring to Mx. Gray, as did Ms. Bertelsen.

theater and have to walk around, raise his arms in ways that were obviously not neurotypical. I don't think he realizes how different he looks and sounds. He very much, when he speaks he seems to have rehearsed it many, many times. He will go on forever and he thinks you should like listen to him for ten minutes and then ask questions. He thinks if he tells you everything, then you will understand and listen to what he is talking about.

Although Mx. Gray had significant inflexibility in terms of thinking and behavior, and sometimes became frustrated with others as a result, Mx. Gray's parents (and the records I reviewed) did not show that Mx. Gray engaged in physical aggression toward others as a result of this frustration. At times of peak agitation, according to Ms. Bertelsen, Mx. Gray might bite their own arm/hand momentarily, but they did not direct their aggression outwards, physically, as a child. In other words, Mx. Gray reportedly did not have any significant history of aggressive behavior prior to onset of their mood disorder symptoms.

Educational history included placement in Special Education, with classifications related to Autism Spectrum Disorder, starting in early childhood and continuing into high school. In high school, Mx. Gray shifted from Special Education to a 504 Plan, and records indicated that Mx. Gray was reticent to utilize their approved accommodations if the other students did not have comparable access to similar options. In any event, Mx. Gray was able to obtain their high school diploma. They reportedly took some classes at local community college, but struggled to adjust to the less structured and more demanding circumstances. At the same time, Mx. Gray has reportedly continued to exhibit intrinsic curiosity about advanced intellectual topics, and reportedly reads independently about philosophical and scientific issues.

Concerning social functioning, Mx. Gray spoke in overall positive terms regarding their immediate family relationship. Records and interviews appeared to indicate overall impaired social functioning with respect to peer relationships and friendships. Mx. Gray's mother indicated that they have few to no friends, and that isolation and loneliness appeared to be persisting features of Mx. Gray's social presentation. Mx. Gray has never been married, not cohabited with a romantic/intimate partner, and has no children by their report.

Work history was extremely limited, and included some informal "odd jobs." Mx. Gray has not yet demonstrated the ability to independently achieve and sustain competitive employment at any point thus far. Mx. Gray indicated that they would like to have a job. Their plans for their future in terms of an occupation were relatively vague, unelaborated, and uncertain, however this is not uncommon in late adolescents/emerging adults.

Medical history was unremarkable with respect to injuries or illnesses that might bear directly on the referral questions for this case.

Mental health history included the aforementioned assessments and educational interventions associated with Autism Spectrum Disorder. Records and interviews showed that Mx. Gray began to experience new symptoms (paranoia, emotional dysregulation, grandiosity), and exacerbations of some pre-existing symptoms (i.e., social-emotional impairment, cognitive-behavioral rigidity), around early 2022 at least (possibly earlier), when Mx. Gray was about 18 or 19 years old. Mx. Gray's parents both emphasized that Mx. Gray was highly attracted to online cultures and discussions, as well as memes, and they speculated that the ability to seek out boundless, seemingly inexhaustible content (e.g., articles, videos) online contributed to Mx. Gray's gradually developing but obsessive preoccupations with "sav[ing] all these autistic kids." Specifically, Mx. Gray became aware of the critiques of how individuals with autism have historically been treated by authorities and treatment providers, including critiques of Applied Behavior Analysis (ABA). Mx. Gray extended and exaggerated these critiques, in their own mind, to a conceptualization of autism treatment providers as advocates for the genocide of autistic people, and ABA as a form of violent oppression.

Mx. Gray's concerns and preoccupations with the mistreatment of autistic people grew over time, becoming more intense, bizarre, agitating, and impossible to correct, according to records and interviews with Mx. Gray's parents. It appeared that Mx. Gray had more pronounced depressive mood symptoms in the summer of 2022, and at that time they initiated treatment for gender dysphoria. They were prescribed hormone treatment but they were reportedly inconsistently adherent to their medication regimen and keeping appointments at that time. By early December of 2022, they were involuntarily admitted to Howard County General Hospital, where they remained for about three weeks.

The records from the hospital admission in December 2022 showed that Mx. Gray was exhibiting symptoms inconsistent with ASD and instead indicative of an emerging psychosis spectrum disorder. Records from Johns Hopkins noted the following:

- Mx. Gray was exhibiting delusions related to the persecution of autistic people.

- Thought processing was particularly fixed, and obsessive.

- Mx. Gray refused food and drink at times during the admission.

- Mx. Gray was "disheveled" in appearance, "anxious, guarded, and distressed."

- Affect was restricted, meaning that Mx. Gray's emotional expression was highly limited.

- They were distractible and preoccupied with physical health concerns.

- After being treated with antipsychotics and a medication to promote sleep, Mx. Gray showed significant symptom improvement, and was ready for discharge.

- Records noted two new diagnoses in Mx. Gray: Disruptive Behavior Disorder (added to the record on February 12, 2023), and Psychosis (Unspecified type; added to the record on December 1, 2022).

In April of 2023, Mx. Gray was ordered to complete an evaluation at Howard County General Hospital. A consultation note dated April 13, 2023, stated the following:

---

**HISTORY OF PRESENT ILLNESS**

Corbin Gray "Olivia" is a 20 y.o. adult with a history of autism, male-to-female transgender, presenting to the ED with a chief complaint of court ordered evaluation.

Patient was recently arrest by FBI in late march for making statements about an event on 4/4 and concern for homicidal ideation. Notably patient has made statements about his therapist needing to be executed as well. Currently has an ankle monitor on. Had an arrangement today and court ordered a psychiatric evaluation.

Patient states he no longer feels homicidal. Denies SI, HI or hallucinations.
No somatic complaints.
Male to female transgender and prefers to be called "Olivia" and she/they pronouns. On estrogen and progesterone.
No prior surgeries.

Consult requested for evaluation of dangerousness.

The patient was seen by myself in a face to face interview.

Referred by: B/B family, court ordered related to criminal charges, ED attending

---

The toxicology screen administered in April was negative for illicit drugs. At the time of the evaluation, prescribed medications still included an antipsychotic medication (risperdone), as well as an antidepressant medication (escitalopram), but it was not clear how consistently Mx. Gray had been taking those medications in the weeks prior to the evaluation. The psychiatry evaluation note from April 13, 2023, noted that Mx. Gray was exhibiting mood and psychosis symptoms at that time. Ultimately, the evaluator suggested more in-depth assessment to identify the relative contribution of autism features/characteristics to Mx. Gray's behavioral and associated legal problems.

CLINICAL ASSESSMENT AND RESULTS

**Mental Status and Behavioral Observations**: I met with Mx. Gray in person at the office of the Federal Public Defender in Washington, DC. They were accompanied by their father, but I interviewed Mx. Gray privately. Mx. Gray had an unusual appearance, with long and somewhat unkempt hair, an intense gaze, and almost completely averted eye contact. They sat with their body angled to the side rather than en face. Speech was flat and stilted, with a normal volume. When Mx. Gray spoke, they had difficulty with conversational turn-taking, and they were difficult to redirect because they had mildly pressured speech as well as a tendency to perseverate on particular topics of interest (whether those topics were relevant to the evaluation or not, which they generally were not). Affect (i.e., emotional expressiveness) was consistent with their speech and was overall constricted. They asked a number of precisely-worded questions about the history of psychology, the history of the diagnosis of autism, person-first language, and other academic/intellectual topics. They used almost no gesturing or facial expressions when communicating.

Mx. Gray brought pencils and took notes at times. A few minutes into the interview, they asked if I had a pencil sharpener. I did not, but I had a freshly-sharpened pencil, which I offered to Mx. Gray. They declined and were persistent in their request to sharpen the pencil, which ultimately necessitated locating the office manager and being led to an office supply area where Mx. Gray could sharpen their pencil. I observed, when Mx. Gray was ambulating to the interview space and while navigating other areas of the offices, that they were toe-walking (i.e., talking on tiptoes). Toe-walking is a classic motor expression that is commonly seen in individuals with developmental disabilities. Overall, Mx. Gray's presentation was prototypically autistic.

At the time of our meeting, Mx. Gray was not exhibiting signs of psychosis. They did not report fixed false beliefs consistent with delusions, or other signs of thought disorder. I did not observe them responding to internal stimuli. They did not make any bizarre or grandiose claims, though their insight into themselves and their circumstances was poor. They appeared to believe that they were coping well, and they indicated that they were generally compliant with treatment in the community. They specifically requested that I not recommend ABA therapy in my communications about them, but did not make any bizarre or persecution-themed statements about ABA or Autism Speaks during our meeting. On balance, it appeared that they were continuing to exhibit characteristics of autism, but the psychosis and mood symptoms that were described in the records and parent interviews appeared to have subsided to a substantial degree.

**Psychological Testing**: Mx. Gray has had prior testing that showed overall intact cognitive ability in terms of basic information processing. They would probably benefit from a neuropsychological screening to be conducted around December of 2023, once they have been taking medication for about a year, provided that their treating psychiatrist believes that they are roughly at maximum clinical benefit from medication. More detail about this suggestion is provided in the *Recommendations* section of this report. I wanted to gather updated information specifically about Mx. Gray's social-emotional functioning, and cognitive-behavioral rigidity, and so I asked their mother to complete the Social Responsiveness Scale, Second Edition (SRS-2), which uses an observer rating form to collect data about the individual's functioning.

The total score for the SRS-2 administration was high, indicating a severe level of impairment.



A T-score of 87, which was Mx. Gray's result on this administration, is typically associated with significant impairment in an individual's ability to process, comprehend, and communicate social information. Most individuals with scores in this range will also show significantly restricted interests and behavior, and often have few to no friends.

Inspection of the SRS-2 subscales showed that, overall, greatest impairment was seen on the social communication subscale, and the lowest degree of impairment was seen on the social motivation subscale, but all subscales were elevated:



| | Awr | Cog | Com | Mot | RRB |
|---|---|---|---|---|---|
| **Raw score** | 17 | 26 | 58 | 21 | 23 |
| ***T*-score** | 81 | 83 | 94 | 72 | 78 |

Awr = Social Awareness        Com = Social Communication
Cog = Social Cognition         Mot = Social Motivation
RRB = Restricted Interests and Repetitive Behavior

These scores are consistent with the other information I reviewed about Mx. Gray. In my opinion, Mx. Gray would likely not describe themselves as severely impaired by their autism, but this is partly because of their understanding and conceptualization of autism, rather than a reality-based appraisal of how their autism-related features have impacted their social, educational, and occupational functioning.

---

FINDINGS

**Diagnostic Considerations**: Mx. Gray has autism. I believe they also are experiencing Psychosis Risk Syndrome, which is essentially a precursor clinical risk status for Schizophrenia Spectrum and Bipolar Disorders. About one-third of people who exhibit the psychosis-type symptoms that Mx. Gray exhibited go on to ultimately convert to a psychosis-type disorder.

Schizophrenia and autism are closely-related disorders, and in fact psychiatrists used to believe that the conditions were synonymous. There are close genetic linkages, with overlapping symptoms such as social-emotional impairment. Individuals who are diagnosed with autism are at high risk of developing Schizophrenia Spectrum Disorders. In other words, Mx. Gray does not

yet qualify for a specific psychosis-spectrum diagnosis at this time (e.g., Bipolar Disorder, Schizoaffective Disorder), but they are at rather dramatically-increased risk of developing such as condition in the next two to three years. It is possible to intervene to try to reduce the probability that the person will convert to psychosis, and there are a number of programs in the DC, Northern Virginia, and Maryland area that provide specialized services to individuals who have psychosis risk syndromes.

In my opinion, Mx. Gray is in the midst of a developmental process of coming to terms with their developmental disability. They seem to be at a stage where they are attempting to understand how their strengths can coexist with their challenges, and to take a nuanced and contextual (rather than black-and-white) view of disability. They are attracted to what seem to be simple conceptualizations and solutions for difficult and discouraging problems. They struggle to accept help because of their perceptions related to fairness and their own worthiness/capabilities. Once they directed their interests toward autism as a clinical concept, and the problems with entities that purport to offer treatment and "cures" for autism, their tendency toward restricted narrow interests facilitated the emergence of an obsessive thought and behavior pattern in Mx. Gray.

The activating factor with respect to Mx. Gray's alleged conduct in the pending case (i.e., intrusive, persisting, harassing behaviors at the Autism Speaks location, and associated online communications) seems to be the emergence of psychosis symptoms some time in 2022. The records describing onset of some depressive symptoms in spring and summer of 2022 may have in fact been documenting the prodromal phase of a Schizophrenia Spectrum illness, because depressive-type behavior often precedes the first acute onset of psychosis in Schizophrenia. The fact that the delusions and fixation seemed to respond to treatment with antipsychotic medication is also supportive of the view that psychosis-type symptoms were present, because autism does not resolve with medication (but psychosis often does). It is likely, in my opinion, that Mx. Gray will need a combination of tailored psychotherapy and medication to achieve good clinical stability. The presence of the pre-existing autism means that a tailored intervention will also take their ASD, and future disability support needs, into account. The lack of aggressive behavior history prior to onset of the other mental health problems around 2022 is a positive indicator for prognosis.

**Developmental Considerations**: At age 20, Mx. Gray is still in the midst of the adolescent developmental period. This is significant because they are most vulnerable to negative peer influence, but also positive social influences, until their dorsolateral prefrontal cortex completes development (which usually occurs by age 24). It is now firmly established that adolescence is a unique developmental time period in the human lifespan, and that the physical and functional

changes associated with adolescence extend beyond age 18, to at least age 21 (with some individuals completing maturation later, in their mid-20s). A number of anatomical and functional shifts occur during this time, and the rate of change is so rapid in adolescence that it is surpassed only by the fetal and infancy stages of human development.  Some of the most salient changes include (a) shifts in proportion of gray to white brain matter, (b) rapid and early development of the brain regions associated with reward processing, and (c) lag of the prefrontal cortex, in terms of timing, behind other brain systems.

White matter is the brain tissue found in deeper regions of the brain, underneath the cortex, and most brain white matter is concentrated in a structure called the *corpus callosum*. White matter contains neurons coated in a sheath of myelin, and the myelin facilitates transmission of signals from one neuron to another. Problems with myelin formation and/or function has been implicated in several major psychiatric disorders, including Schizophrenia Spectrum Disorder and Bipolar Disorder—both of which commonly have their first acute episodes in adolescence or young adulthood, and Bipolar Disorder and Schizophrenia Spectrum Disorders are both candidate diagnoses for Mx. Gray, depending on how their clinical presentation changes in the next few years. During adolescence, we see a decline in the amount of gray matter (the brain tissue, also consisting of neurons, that is distributed across the surface of the brain), and an increase in white matter, until white and gray matter compose roughly equal proportions of the brain tissue. The changes in proportions of white and gray matter do not occur at the same rate across all brain areas, however, and it is significant that the dorsolateral prefrontal cortex develops late—not reaching maturity until the early 20's, on average, according to imaging research.[4]

The dorsolateral prefrontal cortex (DLPFC), located behind the forehead at the front of the brain, was the most recent brain area to develop, from an evolutionary perspective, and is also the last brain region to reach maturity. The DLPFC is primarily (though not exclusively) responsible for executive functioning, which is the collection of cognitive (i.e., thought processing) functions that control behavior. Executive functions include short term memory, inhibiting impulses, attentional control, and problem-solving. Individuals with executive functioning impairments often have difficulties managing their behavior, making good judgments, regulating their emotions, shifting from one task to another, and paying attention to important information (while ignoring irrelevant distractions).

---

[4] Giedd, J.N. (2004). Structural Magnetic Resonance Imaging of the adolescent brain. *Annals of the New York Academy of Sciences, 1021*, p. 77-85.

## Psychological Findings Applied to Itemized Factors Under D.C. Code § 24-903(c)(2):

A. *The youth's age at the time of the offense*: Mx. Gray was 19 years old at the time of the offenses in this case. This is squarely within the average window of adolescent development, as noted in the foregoing *Developmental Considerations* section. Furthermore, Mx. Gray's developmental disability has likely delayed their psychosocial maturity.[5]

B. *The nature of the offense, including the extent of the youth offender's role in the offense and whether and to what extent an adult was involved in the offense:* In this case, Mx. Gray appears to have acted alone in the physical sense, but it is also vital to account for the role that online communities and cultures played terms of Mx. Gray's ability to engage in an obsessive way with content related to autism and ABA. In my view, Mx. Gray's vulnerabilities to influence are more a product of their autism and their difficulties with perspective-taking than those vulnerabilities are a product of traditional adolescent peer influence.
See the foregoing *Diagnostic Considerations* section for more information about mental illness and developmental disability-related contributions to the alleged offense conduct.

C. *Whether the youth was previously sentenced under the relevant subchapter of the Youth Act*: My understanding is that Mx. Gray does not have prior experience with juvenile or adult criminal court systems.

D. *The youth offender's compliance with the rules of the facility to which the youth offender has been committed*: At the time of interview, Mx. Gray reported no known disciplinary infractions related to incarceration or the rules for pretrial supervision. This is a positive indicator with respect to their likelihood of future compliance.

E. *The youth offender's current participation in rehabilitative District programs:* Mx. Gray has reportedly participated in court-ordered evaluations and treatment. In my opinion, there are other outstanding treatment and support needs that should be integrated into treatment planning for Mx. Gray as a person with a developmental disability and psychosis risk syndrome.

---

[5] Psychosocial maturity is a developmental process of transition from dependency of childhood/adolescence to the self-sufficiency of adulthood. It involves not only the brain systems described in the foregoing, but also the adolescent's sociocultural context and what they learn from their environment. Attaining psychosocial maturity includes accomplishing mastery and competence, developing stable social relationships, and creating a positive sense of self worth related to moral and responsible behavior even in the absence of external supervision. Researchers report that transition to successful adulthood is most likely to occur when individuals are able to make substantial progress toward these goals between the ages of 16 and 24.

F. *The youth offender's history of prior contacts with juvenile and criminal justice systems*: Mx. Gray reportedly does not have a prior criminal history, but I have not reviewed a formal criminal history and so cannot offer a firm opinion in this regard. Psychological factors do not modify this aspect of their history.

G. *The youth offender's family and community circumstances at the time of the offense, including any history of abuse, trauma, or involvement in the child welfare system:* I did not review information showing a history of familial abuse or involvement with child and family services.

H. *The youth offender's ability to appreciate the risks and consequences of the youth offenders's conduct:* Mx. Gray does have some limitations with regard to their insight into their clinical circumstances, and this is their first involvement with formal criminal justice systems. They would benefit from psychoeducation with practical information about the courts. In my opinion they likely did not appreciate how the alleged offense conduct would be perceived by others, and their thinking at the time of the offense conduct was likely severely distorted by the persecutory delusions that they were experiencing at that time.

I. *Reports of physical, mental, or psychiatric examinations of the youth offender conducted by licensed health care professionals*: This report serves as a report of mental examination, and I have endeavored to summarize the findings of prior evaluators in background section of this report. I would note that I was not able to review the records from Kimbrough Pediatrics in 2010, and this was the most recent autism-specific diagnostic evaluation conducted before Mx. Gray's arrest, so far as I am aware. Other records referenced those records, however noting that the diagnosis of autism was effectively confirmed by that evaluation.

J. *The youth offender's use of controlled substances that are unlawful under District law:* The available information is not supportive of the view that Mx. Gray has a history of using controlled substances/illicit drugs.

K. *The youth's capacity for rehabilitation*: I am optimistic about Mx. Gray's capacity for rehabilitation, but she will require autism-specific interventions and close clinical monitoring for the next few years to ensure that her supports and treatment match her needs. An Individualized Service Plan under a Medicaid waiver would be the ideal avenue for addressing Mx. Gray's needs and accomplishing rehabilitation in a long-term sense.

**Recommendations**: Based on the information I reviewed, Mx. Gray would be suitable for a Youth Act sentencing.

Mx. Gray should consider applying for an autism-related Medicaid waiver. The options will vary according to where Mx. Gray will be living; for example, DC's waiver programs are different than the ones available in Maryland. The waivers provide lifelong support for individuals with developmental disabilities who need support in order to remain in the community (as opposed to living in institutional settings).

I would also recommend that they have a neuropsychological assessment/screening conducted in late 2023 to early 2024, to establish a current baseline of neuropsychological functioning. If they develop psychosis symptoms again, or show other major changes in mental status, the neuropsychological assessment can be repeated to look for changes. The Repeatable Battery for the Assessment of Neuropsychological Status (RBANS) would be an ideal test for this purpose.

It appears that when Mx. Gray has an uptick in mental health problems, they tend to decline in their ability to care for themselves and manage their own healthcare. They need support and planning to be able to improve adaptive functioning in that domain, and declines in self-care may be an early indicator of mood changes or re-emergence of psychosis symptoms. I suggest regular meetings with mental health care professionals to monitor their symptoms over time, for at least the next two to three years. Specifically, I recommend that they enter an early intervention program, such as Turning Point or the Johns Hopkins Early Psychosis Intervention Clinic. **Managing Mx. Gray's psychosis-type symptoms is the cornerstone of rehabilitation and managing risk**. I would defer to the professionals at the specialized clinics with respect to what plan is best for reducing Mx. Gray's risk of developing a psychosis spectrum disorder.

Mx. Gray should develop an Advance Directive to plan for future medical care, and emergency treatment in the event of incapacitation. I strongly suggest that they identify substitute decision-makers and specify how they would like to be treated in the event of a medical or psychiatric emergency.[6]

If Mx. Gray is agreeable and able to tolerate the sensation, I recommend that they begin wearing an actigraph/smart watch-type device that will track physical activity levels and sleep. This can provide an objective mechanism for tracking sleep and activity levels, which can provide insight into mood patterns or an early warning of mood changes.

---

[6] See prepareforyourcare.org for a sample document and more information.

Please contact me if you have further questions or concerns. This report is based on the information that was available to me as listed in the *Sources of Information* section of this report. If additional becomes available, I may revise my opinions.


Respectfully submitted,

Sara E. Boyd, Ph.D., ABPP
Licensed Clinical Psychologist
Board Certified Forensic Psychologist
American Board of Professional Psychology